UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, MICHAEL TERPENING,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, PHYSICIAN NETWORK ADVANTAGE, INC.; SANTE HEALTH SYSTEM, INC.; SANTE HEALTH FOUNDATION; BERJ APKARIAN; CRAIG CASTRO; CENTRAL CALIFORNIA MEDICAL GROUP; TIMOTHY JOSLIN; MICHAEL MARUYAMA; GRANT NAKAMURA; PATTRICK RAFFERTY; CHRISTOPHER ROGGENSTEIN; and MICHAEL SYNN;<br><br>Defendants. | CASE NO. 1:19-CV-01699 JLT HBK<br><br>ORDER REGARDING UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT IN PART, ELECTION TO DECLINE IN PART, AND THAT THE UNITED STATES IS NOT INTERVENING AT THIS TIME IN PART<br><br>CLERK TO ISSUE SUMMONS AND NEW CASE RELATED DOCUMENTS |

Before the Court is the United States' Notice of Election to Intervene for Purposes of Settlement in Part, Election to Decline in Part, and that the United States Is Not Intervening at This Time in Part filed May 9, 2025. (Doc. No. 48). The United States has elected to intervene for purposes of settlement in this action as to defendants Fresno Community Hospital and Medical Center and Physician Network Advantage, Inc. (*Id.*). The United States has declined to intervene as to defendants Berj Apkarian, Craig Castro, Timothy Joslin, Michael Maruyama, Patrick Rafferty, and Christopher Roggenstein. (*Id.*). The United States has elected not to intervene at this time as to defendants Sante Health System, Inc.,

1

Sante Health Foundation, Central California Faculty Medical Group, Grant Nakamura, and Michael Synn but has informed the Court that its investigation will continue as to these parties. (*Id.*).

Accordingly, pursuant to the Notice of Election, it is hereby ORDERED:

1. Relator's Complaint (Doc. No. 1), the United States' Notice of Election to Intervene for Purposes of Settlement in Part, Election to Decline in Part, and that the United States Is Not Intervening at This Time in Part (Doc. No. 48), and all future filings after the date of this Order in this action, shall be unsealed;
2. All other papers or Orders on file in this matter shall remain under seal;
3. The United States shall file and serve its Complaint in Intervention within 120 days.
4. as to defendants Fresno Community Hospital and Medical Center and Physician Network Advantage, Inc., in the event the United States is not able to file stipulation of dismissal;
5. Realtor shall serve the complaint (Doc. No. 1) upon the defendants within thirty (30) days;
6. Should either relator or a defendant propose that a declined or non-intervened part of this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1);
7. Pursuant to 31 U.S.C. § 3730(c)(3), all pleadings filed in this action, including any pleadings filed with respect to the declined or non-intervened parts of this action, shall be served upon the United States;
8. The United States may order any deposition transcripts and is entitled to intervene in the portion of this action in which it is declining to intervene or electing not to intervene today, for good cause, at any time;
9. All Orders issued by the Court shall be sent to the Government's counsel;
10. This Order shall not be sealed;
11. The Clerk of Court shall issue Summons and New Case Related Documents.

Dated:   May 13, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE