IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Case No. 1:19-CV-01699-LJO-JDP

| | |
|---|---|
| UNITED STATES ex rel. MICHAEL TERPENING,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER; PHYSICIAN NETWORK ADVANTAGE, INC.; SANTE HEALTH SYSTEM, INC.; SANTE HEALTH FOUNDATION; BERJ APKARIAN; CRAIG CASTRO; CENTRAL CALIFORNIA FACULTY MEDICAL GROUP; TIMOTHY JOSLIN; MICHAEL MARUYAMA; GRANT NAKAMURA; PATRICK RAFFERTY; CHRISTOPHER ROGGENSTEIN; and MICHAEL SYNN;<br><br>Defendants. | |

## MOTION TO EXTEND DEADLINE TO SERVE REMAINING DEFENDANTS

Relator, Michael Terpening, moves the Court to extend the deadline for serving Central California Faculty Medical Group; Sante Health System, Inc.; Sante Health Foundation; Grant Nakamura; and Michael Synn (collectively, "Remaining Defendants") with process. As support for this Motion, Terpening shows as follows:

1. The Court entered an Order (Doc. 49) on May 13, 2025 that instructed Terpening to serve the Complaint upon the Remaining Defendants within 30 days, or by June 12, 2025.

2. Terpening has diligently attempted to serve process on the Remaining Defendants and is informed that all Remaining Defendants except for Nakamura have been served.

3. Upon information and belief, Nakamura is attempting to evade service. A process server has repeatedly attempted to serve him at his place of work and his home.

4. The time ordered by the Court for service has not yet expired.

5. Terpening requests a 30-day extension of the deadline to serve the Remaining Defendants so that he can continue attempting to serve Nakamura. He requests that this extension apply to all Remaining Defendants out of an abundance of caution.

WHEREFORE, Terpening requests that the deadline to serve all Remaining Defendants with the Complaint be extended through July 12, 2025.

Respectfully submitted, this 12th day of June, 2025.

/s/ William R. Terpening
William R. Terpening
N.C. Bar 36418
*Pro Hac Vice*

**TERPENING LAW PLLC**
221 West Eleventh Street
Charlotte, North Carolina 28202
terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Qui Tam Plaintiff Michael Terpening.*


/s/ Jeffrey S. Mitchell
Jeffrey S. Mitchell

**MITCHELL LAW GROUP**
555 California Street, Suite 4925
San Francisco, CA 94104
jeff@mitchelllawsf.com
(415) 769-3400

*Local Counsel for Qui Tam Plaintiff Michael Terpening.*

## **CERTIFICATE OF SERVICE**

I certify that I have filed this **MOTION TO EXTEND DEADLINE TO SERVE REMAINING DEFENDANTS** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: June 12, 2025.

/s/ William R. Terpening
William R. Terpening