IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.*, MICHAEL TERPENING,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO.  1:19-CV-01699-JLT-HBK<br><br>**ORDER OF DISMISSAL AS TO CERTAIN PARTIES AND CLAIMS** |

　　　　Before the Court is the United States' and Relator's Joint Stipulation of Dismissal as to Certain Parties and Claims ("Joint Stipulation"), filed pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b)(1).  Filed as Exhibit 1 to the Joint Stipulation is the May 7, 2025, settlement agreement among the United States, Relator, defendant Fresno Community Hospital and Medical Center, and defendant Physician Network Advantage, Inc. (the "Settlement Agreement").

　　　　As requested in the Joint Stipulation, it is hereby ORDERED:

1. The claims against defendants Fresno Community Hospital and Medical Center and Physician Network Advantage, Inc., are DISMISSED WITH PREJUDICE as to Relator Michael Terpening.

2. The claims against defendants Fresno Community Hospital and Medical Center and Physician Network Advantage, Inc., arising from the conduct constituting Covered Conduct,

1

as defined in the Settlement Agreement, are DISMISSED WITH PREJUDICE as to the United States.  All other claims in this action against defendants Fresno Community Hospital and Medical Center and Physician Network Advantage, Inc., are DISMISSED WITHOUT PREJUDICE as to the United States.

3. The claims against defendants Berj Apkarian, Craig Castro, Timothy Joslin, Michael Maruyama, Patrick Rafferty, and Chris Roggenstein are DISMISSED WITH PREJUDICE as to Relator Michael Terpening.

4. The claims against defendants Berj Apkarian, Craig Castro, Timothy Joslin, Michael Maruyama, Patrick Rafferty, and Chris Roggenstein are DISMISSED WITHOUT PREJUDICE as to the United States.

5. No other defendants or claims are dismissed, except as identified in this ORDER.

Dated:     June 24, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE