

# United States District Court
# Eastern District of California

| United States ex rel. Michael Terpening | Case Number: | 1:19-CV-01699-JLT-HBK |

Plaintiff(s)

V.

| Sante Health System, Inc. et al. |

Defendant(s)

ORDER GRANTING APPLICATION
FOR PRO HAC VICE
(Doc. 85)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Connor D. Reid _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Michael Terpening

On _____02/28/2025_____ (date), I was admitted to practice and presently in good standing in the _____Western District of North Carolina_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____05/04/2026_____     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Connor D. Reid

Law Firm Name: Terpening Law PLLC

Address: 221 W. 11th Street

City: Charlotte     State: NC     Zip: 28202

Phone Number w/Area Code: (980) 265-1700

City and State of Residence: Charlotte, NC

Primary E-mail Address: reid@terpeninglaw.com

Secondary E-mail Address: assistant@terpeninglaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nathaniel M. Leeds

Law Firm Name: Mitchell Leeds LLP

Address: 290 7th Avenue

City: San Francisco     State: CA     Zip: 94159

Phone Number w/Area Code: (415) 702-9928     Bar # 188751

## ORDER

The Pro Hac Vice Application (Doc. 85) is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/8/2026

_Helen M. Barch-Kuchta_
MAGISTRATE JUDGE, U.S. DISTRICT COURT