UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*., MICHAEL TERPENING, <br><br> Plaintiff, <br><br> v. <br><br> SANTE HEALTH SYSTEM, INC., SANTE HEALTH FOUNDATION, CENTRAL CALIFORNA FACULTY MEDICAL GROUP, GRANT NAKAMURA, and MICHAEL SYNN, <br><br> Defendants, | Case No.  1:19-cv-01699-JLT-HBK <br><br> ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO DISCOVERY AND MODIFY CERTAIN CASE MANAGEMENT DEADLINES <br><br> (Doc. 89) |

Qui Tam Plaintiff MICHAEL TERPENING and Defendants SANTÉ HEALTH SYSTEM, INC., SANTÉ HEALTH FOUNDATION, CENTRAL CALIFORNIA FACULTY MEDICAL GROUP (a.k.a. INSPIRE, INC.), GRANT NAKAMURA, M.D., AND MICHAEL SYNN, M.D. ("Defendants"), stipulate and request a modification to the Case Management and Scheduling Order (Doc. 80) and an extension of time for Defendants to respond to the written discovery propounded to each of the Defendants by Plaintiff on April 27, 2026.  (Doc. 89).  The Court finds good cause to grant the requested relief. Fed. R. Civ. P. 16(b)(4).  Extending the discovery and dispositive motion deadlines necessitates extension to mid-discovery status conference, the pretrial and trial dates.

Accordingly, it is ORDERED:

1. The Stipulated Motion (Doc. 89) is GRANTED.

2. Defendants shall respond to the written discovery propounded by Plaintiff on April 27, 2026 no later than June 26, 2026.

3. The August 13, 2026 mid-discovery status conference and associated date (Doc. 87) is CONTINUED to December 10. 2026 at 1:00 P.M.   The parties shall file a joint report no later than December 3, 2026.

4. The following modified deadlines shall govern this action:

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 04/09/2027 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/10/2027 |
| Deadline for defendants to disclose expert report(s). | 05/10/2027 |
| Deadline for disclosing any expert rebuttal report(s). | 06/10/2027 |
| Deadline for Expert discovery. | 07/12/2027 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. | 07/12/2027 |
| Deadline to file pre-trial dispositive motions.  *See* Fed. R. Civ. P. 56. | 05/25/2027 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 10/18/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  (Monday) | 11/01/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 12/14/2027 at 8:30 a.m. |

////

////

////

2

5.  The procedures in the October 31, 2025 Case Management and Scheduling Order (Doc. 80) otherwise remain in full force and effect and will continue to govern this action.

Dated:   June 3, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3